**EMPIRE BRICK & SUPPLY CO., Libelant-Appellee, v. James C. DAVIS, Director General of Railroads, as Agent (Pennsylvania Railroad), Respondent-Appellant.**

(Circuit Court of Appeals, Second Circuit.    May 5, 1924.)

No. 330.

Appeal from the District Court of the United States for the Southern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Carl G. Stearns, both of New York City, of counsel), for appellant.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM .Decree (300 Fed. 683) affirmed.